UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RENODE COLLINS (#313898)

VERSUS                                              CIVIL ACTION

JAMES M. LEBLANC, ET AL                             NUMBER 11-173-JJB-DLD

## NOTICE

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

    In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Signed in Baton Rouge, Louisiana, on September 1, 2011.

                           **MAGISTRATE JUDGE DOCIA L. DALBY**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RENODE COLLINS (#313898)

VERSUS                                                       CIVIL ACTION

JAMES M. LEBLANC, ET AL                          NUMBER 11-173-JJB-DLD

MAGISTRATE JUDGE'S REPORT

This case is before the court on the order to the plaintiff to show cause why his complaint should not be dismissed for failure to pay the court's initial partial filing fee. Record document number 8.

On March 24, 2011, the plaintiff was ordered within 20 days to pay an initial partial filing fee in the amount of $ 5.87. Plaintiff was placed on notice that it was his responsibility to pay the filing fee; prison officials were not ordered to forward the money to the Clerk of Court. Plaintiff failed to pay the initial partial filing fee as ordered.

On May 9, 2011, the plaintiff was ordered to show cause on June 3, 2011, why his complaint should not be dismissed for failure to pay the initial partial filing fee. Plaintiff was also ordered to attach to his response copies of his inmate account statements for the months of March, April and May 2011. Plaintiff was placed on notice that the failure to comply with this order may result in the dismissal of his complaint without further notice.

In his response to the show cause order[1], the plaintiff stated that he sent a letter to prison officials asking them to send the initial partial filing fee to the court. Plaintiff argued that he has done what he could to pay the filing fee and it is not his fault that prison officials

---

[1] Record document number 10.

did not send the money. Plaintiff attached a copy of the letter as an exhibit to his response to the show cause order.

Although the plaintiff purportedly sent a letter to the inmate banking department instructing them to pay the initial partial filing fee, he did not argue that he submitted the requisite draw slip authorizing the removal of funds from his inmate account. Plaintiff is a seasoned litigator who has demonstrated his familiarity with the inmate banking process.

Because the plaintiff failed to pay the court's initial partial filing fee, the complaint should be dismissed.

## RECOMMENDATION

It is the recommendation of the magistrate judge that the plaintiff's complaint be dismissed without prejudice for failure to pay the court's filing fee.

Signed in Baton Rouge, Louisiana, on September 1, 2011.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**