UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RENODE COLLINS (#313898)

VERSUS

JAMES M. LEBLANC, ET AL.

CIVIL ACTION

NO. 11-173-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Richard L. Bourgeois, Jr. dated August 6, 2012 (doc. no. 33) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's claims asserted against defendant Lindi Ramsay are DISMISSED for failure of the plaintiff to serve this defendant within 120 days as mandated by Rule 4(m) of the Federal Rules of Civil Procedure. Further the court declines to exercise supplemental jurisdiction over the plaintiff's state law claims and that the defendants' Motion for Summary Judgment (doc. no. 31) is GRANTED, dismissing the plaintiff's federal claims, with prejudice, and this action is DISMISSED.

Baton Rouge, Louisiana, this ___ day of September, 2013.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE